**OFFICE OF THE FEDERAL PUBLIC DEFENDER**

**DISTRICT OF MARYLAND**

NORTHERN DIVISION
TOWER II, SUITE 1100
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872

JAMES WYDA  
FEDERAL PUBLIC DEFENDER

NICHOLAS J. VITEK  
STAFF ATTORNEY

June 9, 2009

**Crack Reduction – Status Report**

The Honorable Andre M. Davis  
United States District Judge  
United States Courthouse  
101 W. Lombard Street  
Baltimore, Maryland 21201

      Re:    United States v. Benjamin Kirby  
             Case No: AMD 99-0463

Dear Judge Davis:

      Please accept and docket this letter as a status report on Mr. Kirby's motion for a reduced sentence based on Amendment 706 to the Federal Sentencing Guidelines (the "crack" amendment). Pursuant to an earlier order of the Court, Mr. Kirby's case had been held in abeyance until the Fourth Circuit reached a decision in United States v. Plater, (Case No. 08-0175).

      Unfortunately, the Fourth Circuit chose to not publish an opinion in Plater, and thus the issue of whether career offenders are eligible for a reduced sentence based on the amended guidelines remains unresolved. Because unpublished opinion are not precedent, I suggest that the Court hold this case in abeyance until the Fourth Circuit decides a companion case on whether career offenders are eligible for a reduced sentence in United States v. Carson (No. 08-8471). If the Court of Appeals concludes that those found to have been a career offender are not barred from resentencing under the amended guidelines, then the parties could submit additional briefing on the nature and relief the Court should grant Mr. Kirby.

      A proposed order is attached.

                                                           Sincerely yours,

                                                           /s/  
                                                         Nicholas J. Vitek  
                                                         Staff Attorney

cc:    Barbara Sale, AUSA  
        Estelle Santana, USPO  
        Benjamin Kirby, #33930-037  
        Court File